Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 19, 2008








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed November 19, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00996-CV

____________

 

IN RE AARON WIESE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
October 30, 2008, relator, Aaron Wiese, filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relator asks this court to compel the
Honorable Georgia Dempster, presiding judge of the 308th District Court of
Harris County, to vacate her September 30, 2008 order denying relator=s second motion to transfer venue,
and grant same.  

Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus and
also deny relator=s related emergency motion to stay proceedings.  

 








PER CURIAM

 

Petition Denied and Memorandum
Opinion filed November 19, 2008.

Panel consists of Chief Justice
Hedges and Justices Guzman and Brown.